BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANICETO ARROYO MENDEZ, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:99-CR-00236 GEB<br><br>**[PROPOSED] ORDER DISMISSING INDICTMENT AS TO DEFENDANT ENRIQUE LAZCANO HERNANDEZ** |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **ENRIQUE LAZCANO HERNANDEZ** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: July 11, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1